AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Misael Hernandez-Albarran

**CRIMINAL COMPLAINT**

Case Number: M-19-3112-M

United States District Court
Southern District Of Texas
FILED
DEC 20 2019
David J. Bradley, Clerk

IAE  YOB: 1984
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 18, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** *(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Misael Hernandez-Albarran was encountered by Border Patrol Agents near Penitas, Texas on December 18, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 17, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on October 29, 2019 through Brownsville, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 22, 2017 the defendant was convicted of Possession of a Firearm by a Felon of No Specific Drug and sentenced to twenty seven (27) months confinement and thirty six (36) months probation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA _[signature]_ 12/20/19

Signature of Complainant

**Amber Peterson**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**December 20, 2019**
Date

**J Scott Hacker**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer